UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT WILLIAM STEPP,

Petitioner,

v.

IN RE: WRIT OF HABEAS CORPUS,

Respondent.

Case No.  20-cv-01688-JD

**ORDER OF DISMISSAL**

Petitioner, a state prisoner, has filed a habeas petition.  On March 9, 2020, petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP").  He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents.  More than twenty-eight days has passed and petitioner has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court.  The case is **DISMISSED** without prejudice.  A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 4, 2020

_____
JAMES DONATO
United States District Judge