UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM STEPP,<br><br>　　　Petitioner,<br><br>　　v.<br><br>IN RE: WRIT OF HABEAS CORPUS,<br><br>　　　Respondent. | Case No.  20-cv-01688-JD<br><br>**ORDER REOPENING CASE**<br><br>Re: Dkt. No. 12 |

This pro se habeas petition was dismissed without prejudice due to petitioner's failure to pay the filing fee or submit an application to proceed in forma pauperis. Petitioner has filed a motion for relief to reopen the case. The motion for relief (Docket No. 12) is **GRANTED**. The Order of Dismissal (Docket No. 9) is **VACATED** and this case is **REOPENED**. Petitioner must pay the filing fee or submit an application to proceed in forma pauperis within twenty-eight days of service of this order. The Clerk is requested to **SEND** petitioner a blank in forma pauperis application.

**IT IS SO ORDERED.**

Dated: September 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge