UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM STEPP,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>IN RE: WRIT OF HABEAS CORPUS,<br><br>　　　　Respondent. | Case No. 20-cv-01688-JD<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, filed a habeas petition. Respondent filed a motion to dismiss on December 21, 2020, arguing that the petition is untimely. Petitioner has not filed an opposition or otherwise communicated with the Court. Petitioner will file an opposition within **twenty-one days** of service of this Order. Failure to file an opposition may result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: February 22, 2021

JAMES DONATO
United States District Judge