UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM STEPP,<br><br>  Petitioner,<br><br>  v.<br><br>IN RE: WRIT OF HABEAS CORPUS,<br><br>  Respondent. | Case No. 20-cv-01688-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed and closed.

**IT IS SO ORDERED.**

Dated: April 13, 2021

JAMES DONATO
United States District Judge